NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELMER E. CAMPBELL, JR.,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3096

---

Petition for review of the Merit Systems Protection Board in case no. SF0752100331-I-1.

---

## ON MOTION

---

## ORDER

Elmer E. Campbell, Jr. moves for reconsideration of the court's order dismissing his petition for failure to file his informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion will be granted, the mandate will be recalled, the dismissal order will be vacated, and the appeal will be reinstated, if Campbell files his informal brief within 21 days of the date of filing of this order.

FOR THE COURT

___**JUL**  6 2011___                         /s/ Jan Horbaly
Date                                                  Jan Horbaly
                                                      Clerk

cc:  Elmer E. Campbell, Jr.
     Katherine M. Smith, Esq.               **FILED**
                                  **U.S. COURT OF APPEALS FOR**
s20                               **THE FEDERAL CIRCUIT**

                                       JUL 0 6 2011

                                      **JAN HORBALY**
                                         **CLERK**